# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:22-cv-174

|  |  |  |
|---|---|---|
| JASMINE DARWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | WAKE COUNTY BOARD OF |
| RUBEN DE LOS SANTOS, in his | ) | EDUCATION'S |
| individual and official capacities; THE | ) | NOTICE OF REMOVAL |
| TOWN OF ROLESVILLE, NORTH | ) | |
| CAROLINA; and THE WAKE | ) | |
| COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant Wake County Board of Education ("Board"), hereby gives notice that it is removing this action to the United States District Court for the Eastern District of North Carolina, and as grounds therefore states as follows:

1. Plaintiff filed this action in Wake County Superior Court ("Superior Court") captioned as, *JASMINE DARWIN v. RUBEN DE LOS SANTOS, in his individual and official capacities; THE TOWN OF ROLESVILLE, NORTH CAROLINA; and THE WAKE COUNTY BOARD OF EDUCATION,* Case No. 22-CVS-003686, on March 24, 2022 (herein after "Civil Action").

2. The Defendant Board received the Complaint and Civil Summons on March 31, 2022. The Complaint and Civil Summons are attached as Exhibits 2 and 3.

3. Defendant Ruben De Los Santos received the Complaint and Civil Summons on or after April 1, 2022; Defendant Town of Rolesville, North Carolina, received the Complaint and Civil Summons on or after April 11, 2022.

3.	This action arises under federal law in that plaintiff is seeking legal and equitable relief pursuant to 42 U.S.C. § 1983 related to alleged violations of the Fourth and Fourteenth Amendments to the United States Constitution. Accordingly, the federal courts have jurisdiction of the matter pursuant to 28 U.S.C. §§ 1331 and 1343.

4.	The Board is entitled to remove this entire action pursuant to 28 U.S.C. § 1441.

5.	The state law claims contained in the Complaint are removed pursuant to the doctrine of supplemental jurisdiction as provided by 28 U.S.C. § 1441(c).

6.	The Notice of Removal is timely filed under 28 U.S.C. § 1446(b) in that it is filed within 30 days of the Board's receipt of the initial pleading purporting to set forth the claim for relief on which this action is based.

7.	Defendants Ruben De Los Santos and the Town of Rolesville consent to removal of this action.

7.	In accordance with 28 U.S.C. § 1446(a), pleadings and orders in this action are attached as Exhibits 4-6.

8.	Pursuant to Local Civil Rule 5.3, a federal civil cover sheet and the Supplemental Removal Cover Sheet are attached as Exhibits 7 and 8.

WHEREFORE, Defendant hereby removes the Civil Action from the Superior Court of North Carolina for the County of Wake to this Court.

This the 2nd day of May 2022.

/s/*Maura K. O'Keefe*
Maura K. O'Keefe, N.C. State Bar No. 41542
David B. Noland, N.C. State Bar No. 53229
THARRINGTON SMITH, L.L.P.
150 Fayetteville Street, Suite 1800 (27601)
P.O. Box 1151
Raleigh, North Carolina 27602-1151
Telephone: (919) 821-4711
Facsimile: (919) 829-1583
E-mail: mokeefe@tharringtonsmith.com
dnoland@tharringtonsmith.com
*Attorneys for Defendant Wake County*
*Board of Education*

<u>**CERTIFICATE OF SERVICE**</u>

IT IS HEREBY CERTIFIED that a copy of the foregoing **MOTION TO DISMISS** was electronically filed with the Clerk of the Court using CM/ECF, and served by electronic and U.S. Mail, postage prepaid, to the following:

| | |
|---|---|
| W. Stacey Miller II<br>MILLER LAW GROUP, PLLC<br>PO Box 6340<br>Raleigh, NC 27628<br>stacy@millerlawgroup.com<br>*Attorney for Plaintiff* | John Kirby<br>LAW OFFICES OF JOHN M. KIRBY<br>4801 Glenwood Avenue, Suite 200<br>Raleigh, NC 27612<br>john@legal-nc.com<br>*Attorney for Defendant De Los Santos* |
| Raymond C. Tarlton<br>TARLTON POLK, PLLC<br>PO Box 1386<br>Raleigh, NC 27602<br>rtarlton@tarltonpolk.com<br>*Attorney for Plaintiff* | Dan Hartzog Jr.<br>HARTZOG LAW GROUP, PLLC<br>2626 Glenwood Avenue, Suite 305<br>Raleigh, NC 27608<br>danhartzogjr@hartzoglawgroup.com<br>*Attorney for Town of Rolesville* |

This the 2nd day of May 2022.

<u>/s/*Maura K. O'Keefe*</u>
Maura K. O'Keefe, N.C. State Bar No. 41542
David B. Noland, N.C. State Bar No. 53229
THARRINGTON SMITH, L.L.P.
150 Fayetteville Street, Suite 1800 (27601)
P.O. Box 1151
Raleigh, North Carolina 27602-1151
Telephone: (919) 821-4711
Facsimile: (919) 829-1583
E-mail: mokeefe@tharringtonsmith.com
dnoland@tharringtonsmith.com
*Attorneys for Defendant Wake County*
*Board of Education*